AO 442 (Rev. 05/07) Warrant for Arrest

FIJ 11582298

RECEIVED USMS ORLANDO
2024 FEB 21 PM 4:42

# UNITED STATES DISTRICT COURT
## Middle District of Florida

**WARRANT FOR ARREST**

**UNITED STATES OF AMERICA**

VS.   **CASE NO: 6:23-cr-134-WWB-DCI**

**CHRISTOPHER BAKER**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christopher Baker.**

and bring him or her forthwith to the nearest magistrate judge to answer a **Pretrial Release Violation Petition** charging him with a violation in the petition.

| | |
|---|---|
| Tiffany Palmer | *Tiffany Palmer* |
| Name of Issuing Officer | Signature of Issuing Officer |
| Courtroom Deputy Clerk | February 21, 2024, Orlando, Florida |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at:

ORLANDO, FL

| DATE RECEIVED | 2/21/2024 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 2/22/2024 | Anthony Jurgensen DUSM | *[signature]* |